**Dave HEATH, Appellant, v. Joseph W. SAN-FORD, Warden, United States Penitentiary, Atlanta, Ga., Appellee.**

No. 9044.

Circuit Court of Appeals, Fifth Circuit.

May 10, 1939.

Paul Crutchfield, of Atlanta, Ga., for appellant.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and J. Ellis Mundy, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER and McCORD, Circuit Judges, and BORAH, District Judge.

PER CURIAM.

The judgment in the above numbered and entitled cause is affirmed.

**Robert C. HILL and L. S. Zimmerman, as Trustees of The Consolidation Coal Company, Debtor, Appellants, v. Alice MAYO and Anna C. Hite, Appellees.**

No. 7890.

Circuit Court of Appeals, Sixth Circuit.

May 6, 1939.

E. C. O'Rear and Allen Prewitt, both of Frankfort, Ky., for appellants.

Fitzpatrick, Brown & Davis, of Huntington, W. Va., for appellees.

Before ALLEN, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

It appearing that the action prays for the recovery of certain sums consisting of minimum rentals under a lease of coal lands, alleged to have been overpaid by mutual mistake of fact, and it appearing that the minimum rentals were paid under a valid contract in which the parties agreed that all minimum rentals paid should be retained and never refunded in whole or in part, and it also appearing that the payments on account of timber and of oil and gas, recovery of which is sought, were made in strict compliance with the contract, and that no mistake of fact existed in such payment, it is ordered that the decree be and it hereby is affirmed.

**The JAITE–GRANT DISPLAY BAG COMPANY, Plaintiff-Appellant, v. THOMAS M. ROYAL & COMPANY, Defendant-Appellee.**

No. 6881.

Circuit Court of Appeals, Third Circuit.

March 20, 1939.

Caesar & Rivise, of Philadelphia (J. Ralph Barrow, of Akron, Ohio, and Charles W. Rivise and A. D. Caesar, both of Philadelphia, Pa., of counsel), for appellant.

Charles H. Howson and Charles H. Howson, Jr., both of Philadelphia, Pa., for appellee.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

Decree affirmed on the opinion of Judge Dickinson, 27 F.Supp. 251.